DAYLE ELIESON
United States Attorney
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar Number 12080
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No: 2:18-mj-267-NJK |
|---|---|
| Plaintiff, | Stipulation to Continue the Preliminary Hearing |
| vs. | (Fourth Request) |
| JOHNATHAN RATCLIFF, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and ELHAM ROOHANI, Assistant United States Attorney, counsel for the United States of America, and NISHA BROOKS-WHITTINGTON, counsel for Defendant JOHNATHAN RATCLIFF, that the preliminary hearing date in the above-captioned matter, currently scheduled for August 21, 2018, at 4:00 pm, be vacated and continued for forty-five (45) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The parties have submitted a signed plea agreement to the Clerk of the Court for assignment to a district judge. The additional time is required to allow scheduling

1

of a change of plea hearing. In the event the district court does not accept the Defendant's plea, Government Counsel requires additional time to present the case to the federal grand jury.

2. The parties agree to the continuance.

3. Defendant RATCLIFF is incarcerated but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow for assignment of the case to a district court judge.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>fourth</u> request for a continuation of the preliminary hearing.

DATED this 17th day of August, 2018.

Respectfully submitted,
DAYLE ELIESON
United States Attorney

//s//
NISHA BROOKS-WHITTINGTON, ESQ.
Counsel for Defendant

//s//
ELHAM ROOHANI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:18-mj-267-NJK |
| Plaintiff, | ORDER |
| vs. | |
| JOHNATHAN RATCLIFF, | |
| Defendant. | |

ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have submitted a signed plea agreement to the Clerk of the Court for assignment to a district judge. The additional time is required to allow scheduling of a change of plea hearing. In the event the district court does not accept the Defendant's plea, Government Counsel requires additional time to present the case to the federal grand jury.

2. The parties agree to the continuance.

3. Defendant RATCLIFF is incarcerated but does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to

allow for assignment of the case to a district court judge.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>fourth</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 21, 2018, at the hour of 4:00 pm, be vacated and continued to October 9, 2018, at 4:00 p.m., in Courtroom 3B.

DATED August 20, 2018

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE